[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 15, 2006
THOMAS K. KAHN
CLERK

No. 06-10079
Non-Argument Calendar

_____

D. C. Docket No. 04-00040-CR-FTM-DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAM HARRIS, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 15, 2006)**

Before DUBINA, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

   Darlene M. Geiger, appointed counsel for Sam Harris, Jr. in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Harris's conviction and sentence are **AFFIRMED**.